592 A.2d 682

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Joseph Vincent LOPIANO, Appellant.**

Supreme Court of Pennsylvania.

Submitted May 6, 1991.

Decided July 10, 1991.

Frederick W. Ulrich, Chief Deputy Public Defender, for appellant.

Julia Feld, Kathy G. Wingert, Deputy Dist. Attys., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted. Mr. Justice Zappala dissents and would address the merits.